# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00026-CV

### In re Kriss Camp

## ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Kriss Camp, an inmate, has filed a pro se petition for writ of mandamus, complaining of the district court's alleged refusal to transmit his pending application for writ of habeas corpus to the Texas Court of Criminal Appeals.[1]  *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2012).  However, this Court is without jurisdiction to grant Camp relief here.  *See id*.; *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991); *In re McAfee*, 53 S.W.3d 715, 717-18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding).  Accordingly, we dismiss Camp's petition for want of jurisdiction.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Filed:  February 21, 2013

---

[1]  Camp has already filed at least three prior applications for writ of habeas corpus.  *See Ex parte Camp*, WR-29,101-03 (Tex. Crim. App. Oct. 4, 2006) (habeas corpus relief denied without written order); WR-29,101-02 (Tex. Crim. App. May 6, 1998) (dismissed); WR-29,101-01 (Tex. Crim. App. Aug. 23, 1995) (habeas corpus relief denied without written order).